19598

Fred MOORE, Respondent, v. MARYLAND CASUALTY COMPANY, Appellant

(195 S. E. (2d) 392)

*D. Laurence McIntosh, Esq.,* of *Wright, Scott, Blackwell & Powers,* Florence, *for Appellant,*

*S. Norwood Gasque, Esq.,* of Latta, *for Respondent,*

March 28, 1973.

*Per Curiam.*

Respondent, the named insured in two automobile liability insurance policies issued by appellant, recovered judgment against an uninsured motorist for $20,000.00. The insurance company, relying upon the other insurance provisions of the

policies, appeals from a judgment of the circuit court holding it liable for the full amount of plaintiff's recovery against the uninsured motorist. Our decision in *Reginald Boyd, etc. against State Farm Mutual Automobile Insurance Company,* which is being filed herewith, is controlling, and requires that the exception be overruled.

Affirmed.